IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY 17 P 3: 04

CLERK

JOHN RUDDIN BROWN,

   Plaintiff,

vs.              CIVIL ACTION NO.: CV603-071

LISA JOHNSON; Dr. PRESNELL;
Dr. JONES, and Physicians
Assistant GREEN,

   Defendants.

## ORDER

  Plaintiff, an inmate currently incarcerated at Georgia State Prison in Reidsville, Georgia, filed this case alleging deliberate indifference to serious medical conditions. In his complaint, Plaintiff named Lisa Johnson and Dr. Presnell as defendants. Plaintiff filed a subsequent complaint naming Dr. Jones and Physician's Assistant Green as defendants, again asserting deliberate indifference to serious medical conditions. The subsequent complaint was assigned Civil Action No. CV604-082. Plaintiff was permitted to proceed in forma pauperis in both cases. On April 22, 2005, the Court consolidated these two cases, and directed that CV604-082 be closed.

  By Order dated December 13, 2004, in CV604-082, the Court directed service of the complaint upon Defendants Jones and Green. After the Marshal's return of said service was made, and no answer was filed by either defendant, the Court directed the U.S. Marshal to make personal service upon Defendants Jones and Green, pursuant to Federal Rule of Civil Procedure 4(d)(2). That same Order directed the Marshal to advise the

Court of the costs of such personal service, as those costs would be taxed against Defendants Jones and Green.

The Marshal has advised the Court that the costs for personal service upon Defendant Jones is $117.90 and the service cost applicable to Defendant Green is $117.90. Accordingly, said service costs are taxed against Defendants Jones and Green.

When Defendants Jones and Green have each made an appearance in this case, the Clerk is directed to serve upon counsel for said defendants a copy of the Form USM-285 applicable to each defendant. The Clerk is directed to note service of that Form upon counsel upon the docket for this case. Each Defendant shall thereupon forward to the United States Marshal, 125 Bull Street, Room 333, Savannah, Georgia, the sum of $117.90.

**SO ORDERED**, this 17th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)