IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 14 A 10 41

CLERK _____
SO. DIST. OF GA.

JOHN RUDDIN BROWN,

    Plaintiff,

vs.

LISA JOHNSON; Dr. PRESNELL;
Dr. JONES, and Physicians
Assistant GREEN,

    Defendants.

CIVIL ACTION NO.: CV603-071

## ORDER

Plaintiff has filed a Motion requesting the Court to Order the Defendants to reply to the Complaint. (Doc. 42.) Plaintiff's motion is **DENIED**. The time within which Defendants have to file a timely response to Plaintiff's complaint has not yet expired.

**SO ORDERED**, this 14th day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

BROWN

vs

JOHNSON, ET AL

CASE NUMBER CV603-71

DIVISION STATESBORO

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/14/05, which is part of the official record of this case.

Date of Mailing: 7/14/05

Date of Certificate  ☒ same date, or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

John Brown, GDC485163, Georgia State Prison, 100 GA Highway 147, Reidsville, GA 30499

☐ Copy placed in Minutes
☐ Copy given to Judge
☒ Copy given to Magistrate