FILED
U.S. DISTRICT COURT

2006 NOV 16  P 2: 08

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOHN RUDDIN BROWN,

    Plaintiff,

vs.

LISA JOHNSON; Dr. PRESNELL;
Dr. JONES, and Physicians
Assistant GREEN,

    Defendants.

CIVIL ACTION NO.: CV603-071

## ORDER

Defendants have filed a "Supplemental and Amended Motion for Summary Judgment." (Doc. 119). In their accompanying brief, Defendants state "(o)n October 24, 2006, this Court granted Defendants' request for leave to file a supplemental motion for summary judgment asserting qualified immunity." That is not an accurate recitation of that Order. The October 24, 2006, Order granted "Defendants' request for leave to file a Motion for Summary Judgment asserting qualified immunity." The Order denied "Defendants' request for leave to amend or supplement their November 14, 2005, Motion for Summary Judgment." The November 14, 2005, Motion for Summary Judgment was denied by Order dated November 2, 2006. Accordingly, there is no pending motion for summary judgment for Defendants to amend or supplement. The Clerk is directed to docket Defendants' "Supplemental and Amended Motion for Summary Judgment" filed on

AO 72A
(Rev. 8/82)

November 9, 2006, as a Second Motion for Summary Judgment and send the appropriate notice to the Plaintiff.[1]

**SO ORDERED**, this 16th day of November, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

---

[1] In their accompanying Brief, Defendants' cite to a document numbered "220". However, Defendants' Brief is docketed as entry number 120, and the undersigned assumes Defendants inadvertently cited to a document in this case numbered as 220.