IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOHN RUDDIN BROWN,

    Plaintiff,

vs.

LISA JOHNSON; Dr. PRESNELL;
Dr. JONES, and Physicians
Assistant GREEN,

    Defendants.

CIVIL ACTION NO.: CV603-071

## ORDER

Plaintiff has filed a motion seeking a contempt order against the Defendants as well as the imposition of sanctions for their failure to comply with the Court's Preliminary Injunction. Defendants have filed a response. Plaintiff's Motion for Contempt and for Sanctions is **DENIED**.

SO ORDERED, this 2nd day of March, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)