UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOHN RUDDIN BROWN,

    Plaintiff,

v.                    6:03CV071

LISA BOZEMAN, *et al.*,

    Defendants.

### FINAL JUDGMENT

On 6/26/07, the Court conducted a jury trial in this 42 U.S.C. § 1983 case brought by inmate-plaintiff John Ruddin Brown. Both sides put on their case, witnesses were called, and the Court instructed the jury. Following deliberations, the jury returned a verdict in favor of the defendants. The Court therefore ***DISMISSES*** plaintiff's Complaint ***WITH PREJUDICE***, with all costs taxed against the plaintiff.

This 26th day of June, 2007.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA